TAMARA W. ASHFORD
Acting Assistant Attorney General

BEATRIZ T. SAIZ (BTS 6242)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC  20044
Telephone: (202) 307-6585
Facsimile:  (202) 514-6866
Counsel for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| MARK H. JAFFE, et al., | ) Civil Case No. 3:14-cv-01390-MAS-LHG |
| Defendants. | ) |

ORDER GRANTING THE UNITED STATES' MOTION FOR AN
ENLARGEMENT OF TIME TO SERVE DEFENDANT MARK H. JAFFE,
AND FOR AN ORDER FOR SERVICE BY PUBLICATION

Upon consideration of the United States' Motion for an Enlargement of Time to Serve Defendant Mark H. Jaffe and for an order for service by publication, it is:

1.   ORDERED that the motion is GRANTED;

2.   ORDERED that the United States shall have until September 3, 2014, to effect service by publication on defendant MARK H. JAFFE;

11507690.1

3. ORDERED that the United States will publish the following notice once in The Times, which is a newspaper of general circulation in Mercer County, New Jersey;

4. ORDERED that the notice shall read as follows:

## LEGAL NOTICE

TAMARA W. ASHFORD
Acting Assistant Attorney General

BEATRIZ T. SAIZ (BTS 6242)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC  20044
Telephone: (202) 307-6585
Facsimile:  (202) 514-6866
Counsel for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK H. JAFFE, et al., | ) | Civil Case No. 3:14-cv-01390-MAS-LHG |
| | ) | |
| Defendants. | ) | |

On March 5, 2014, the United States filed suit to reduce tax assessments to judgment against Mark H. Jaffe and to foreclose upon Federal tax liens against property and rights to property belonging to Mark H. Jaffe, including a parcel of property with an address of 14 Park Place, Apt. 1, Princeton, New Jersey 08540.

If the defendant Mark H. Jaffe wishes to defend his interest in this case, he must enter a written appearance personally or by attorney and file his defenses or objections in writing with the court within thirty days of the publication of this notice. Mark H. Jaffe is warned that if he fails to do so the case may proceed without him and a judgment may be entered against him without further notice for the relief requested by the plaintiff. Mark Jaffe may lose money or property or other rights important to him.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

> Beatriz T. Saiz
> Counsel for the United States
> P.O. Box 227
> Washington, DC 20044
> (202) 307-6585

5. ORDERED that the United States will mail a copy of this order, the complaint, and the legal notice to be published to Mark H. Jaffe to his last known address;

11507690.1

6. ORDERED that the United States will file a certificate of service once it mails a copy of the order and legal notice to Mark H. Jaffe; and it is further

7. ORDERED that the United States will file a proof of service when the legal notice is published once in The Times.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
(MAGISTRATE)

4

11507690.1