CAROLINE D. CIRAOLO
Acting Assistant Attorney General

BEATRIZ T. SAIZ (BTS 6242)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.   20044
202-307-6585 (v)
202-514-6866 (f)
Beatriz.T.Saiz@usdoj.gov
Counsel for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MARK H. JAFFE, *et al.*, ) | Case No. 3:14-cv-01390-MAS-LHG |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT

The Court has determined that default judgment should be entered in favor of the United States and against Mark H. Jaffe.   Accordingly, it is

ORDERED that defendant, Mark H. Jaffe, is indebted to the United States for federal income taxes for the years 2005, 2006, 2007, and 2008 in the amount of $333,942, as of October 1, 2015 plus penalties, interest, and statutory additions accruing after that date until paid.

13381115.1

ORDERED that the United States has valid and subsisting tax liens against Mark H. Jaffe that attached to his interest in the Real Property located at 14 Park Place, Apt. 1, Princeton, New Jersey 08540, those tax liens are hereby foreclosed, and the Real Property shall be sold by the Internal Revenue Service in accordance with the attached order of sale.

So ordered this 1st day of Sept., 2016.

_____
UNITED STATES DISTRICT JUDGE

13381115.1